**Opinion issued September 22, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00452-CV

———————————

**CAROL KORMANIK, Appellant**

**V.**

**MICHAEL G. TAPP, IN HIS CAPACITY AS SUBSTITUTE TRUSTEE, Appellee**

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Case No. 2015-21122**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed May 4, 2016. On September 6, 2016, appellant, Carol Komanik, filed a motion for voluntary dismissal, stating that she has decided not to pursue her appeal. *See* TEX. R. APP. P. 42.1(a)(1). No opinion

has issued.  Komanik certifies that appellee does not oppose this motion.  *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a), 43.2(f).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Huddle.